**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clinton Spencer,<br><br>    Plaintiff,<br><br>vs.<br><br>Patricia Stapler, et al.,<br><br>    Defendants. | No. CV 04-1532-PHX-SMM (VAM)<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion to Proceed on Appeal In Forma Pauperis (dkt. 80) and Motion for the District Court to Forward Motions to the Ninth Circuit Court of Appeals (dkt. 82).

Plaintiff's Motion to Proceed on Appeal In Forma Pauperis will be denied as moot because, on September 28, 2004, this Court granted Plaintiff's request to proceed in forma pauperis. (Dkt. 5.) Plaintiff's Motion for the District Court to Forward Motions to the Ninth Circuit Court of Appeals will be denied because the Clerk of this Court will forward the complete file of this action upon the request of the Ninth Circuit Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED DENYING AS MOOT** Plaintiff's Motion to Proceed on Appeal In Forma Pauperis. (Dkt. 80.)

**IT IS FURTHER ORDERED DENYING** Plaintiff's Motion for the District Court to Forward Motions to the Ninth Circuit Court of Appeals. (Dkt. 82.)

DATED this 28th day of August, 2006.

Stephen M. McNamee
United States District Judge